**FILED**
November 9, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )
                                  )    Case No. 2:11-CR-00467-LKK-1
            Plaintiff,            )
                                  )    ORDER FOR RELEASE OF
v.                                )    PERSON IN CUSTODY
                                  )
ZHORA DARMOYAN,                   )
                                  )
            Defendant.            )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ZHORA DARMOYAN, Case No. 2:11-CR-00467-LKK-1, Charge Title 18 USC § 1343, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __   Release on Personal Recognizance

   ✔   Bail Posted in the Sum of $ 100,000 (partially secured)

      ✔   Unsecured Appearance Bond $60,000 (co-signed)

      __  Appearance Bond with 10% Deposit

      __  Appearance Bond with Surety

      __  Corporate Surety Bail Bond

   ✔   (Other)      With pretrial supervision and conditions of release as

                    stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on November 9, 2011 at 3:15 pm.

By _____Dale A. Drozd_____
Dale A. Drozd
United States Magistrate Judge