DWIGHT M. SAMUEL (CA BAR# 054486)
A PROFESSIONAL CORPORATION
117 J Street, Suite 202
Sacramento, California 95814
916-447-1193

Attorney for Defendant
Zhora Darmoyan

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>             )<br>      Plaintiff, )<br>             )<br>      v. )<br>             )<br>ZHORA DARMOYAN, )<br>             )<br>      Defendant. )<br>_____) | NO. 2:11-cr-467 JAM<br><br>STIPULATION AND ORDER |

    Defendant, through respective counsel, and the United States of America, through Assistant U.S. Attorney R.Steven Lapham, agree that the time to file property bonds in support of defendant Darmoyan's release should be extended from December 2, 2011 end of business to December 9, 2011 at the end of business.

    Presently all deeds of trust have been signed and notorized, title searches have been obtained and appraisals are anticipated to be completed next week due to the in completion of appraisal documents.

    Respectfully submitted,

DATED: December 2, 2011            _____/S/_____
                                   DWIGHT M. SAMUEL
                                   Attorney for Defendant
                                   Zhora Darmoyan

DATED: December 2, 2011

_____/S/_____
R.Steven Lapham
Assistant United States Attorney
(Signed per Personal authorization)

IT IS SO ORDERED.

DATED: 12/5/2011

/s/ John A. Mendez
John A. Mendez
United States District Judge