DWIGHT M. SAMUEL (CA BAR# 054486)
A PROFESSIONAL CORPORATION
117 J Street, Suite 202
Sacramento, California 95814
916-447-1193

Attorney for Defendant
Zhora Darmoyan

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZHORA DARMOYAN,<br><br>Defendant. | NO. 2:11-cr-467 JAM<br><br>~~PROPOSED~~ AN ORDER WAIVING DEFENDANT'S PRESENCE |

Good cause appearing, pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the court hereby waives the presence of defendant Zhora Darmoyan as set forth in the Waiver of Appearance filed by defense dated November 28, 2011.

DATED: 12-12, 2011

Honorable John Mendez, Judge

1
ORDER WAIVING DEFENDANT'S PRESENCE