BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2724

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR. S-11-0467 JAM |
| Plaintiff, | STIPULATION AND ORDER SETTING STATUS CONFERENCE |
| v. | |
| ZHORA DARMOYAN, MARAT GALOYAN, MARTIN ATOYAN, and KRISTINE ATOYAN, | |
| Defendants. | |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Assistant United States Attorney R. Steven Lapham, and defendant Zhora Darmoyan through his undersigned counsel Dwight Samuel, defendant Marat Galoyan through his undersigned counsel Christopher Haydn-Myer, defendant Martin Atoyan through his undersigned counsel J. Toney, and defendant Kristine Atoyan through her undersigned counsel Kresta Nora Daly, that court may set a status conference in this case on **January 24, 2012** at 9:30 a.m.
   This continuance is necessary because the original status conference that was set before Judge Karlton was vacated when the case was reassigned to Judge Mendez.

1

1  The parties stipulate that this case is complex and that the government has recently produced over 4400 pages of discovery that will have to be reviewed by defense counsel before further proceedings in the case. The parties therefore agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A), and that time may therefore be excluded from the computations of the Speedy Trial Act from November 4, 2011 through and including January 24, 2012.

DATED: December 19, 2011

                                                      BENJAMIN B. WAGNER
                                                     United States Attorney

                                                By: /s/ R. Steven Lapham
                                                   R. STEVEN LAPHAM
                                                   Assistant U.S. Attorney

Dated: December 19, 2011          /s/ Dwight Samuel
                                                  DWIGHT SAMUEL
                                                  Attorney for Defendant
                                                    Zhora Darmoyan

Dated: December 19, 2011          /s/ Christopher Haydn-Myer
                                                  CHRISTOPHER HAYDN-MYER
                                                  Attorney for Defendant
                                                  Marat Galoyan

Dated: December 19, 2011          /s/ J Toney
                                                  J TONEY
                                                  Attorney for Defendant
                                                  Martin Atoyan

Dated: December 19, 2011          /s/ Kesta Nora Daly
                                                  KRESTA NORA DALY
                                                  Attorney for Defendant
                                                  Kristine Atoyan

O R D E R

IT IS SO ORDERED.

Dated: 12/22/2011         /s/ John A. Mendez
                          HON. JOHN A. MENDEZ
                          United States District Judge