DWIGHT M. SAMUEL (CA BAR# 054486)
A PROFESSIONAL CORPORATION
117 J Street, Suite 202
Sacramento, California 95814
916-447-1193

Attorney for Defendant
Zhora Darmoyan

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>    v.<br>ZHORA DARMOYAN,<br>        Defendant. | NO. 2:11-cr-467 JAM<br><br>STIPULATION AND ORDER |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Assistant United States Attorney R. Steven Lapham, and defendant Zhora Darmoyan through his undersigned counsel Dwight Samuel, defendant Marat Galoyan through his undersigned counsel Christopher Haydn-Myer, defendant Martin Antoyan through his undersigned counsel J. Toney, and defendant Kristine Atoyan through her undersigned counsel Kresta Nora Daly, that the previously scheduled status conference date of January 24, 2012, be vacated and the matter set for status conference on March 20, 2012 at 9:30 a.m.

The reason for this request is that the above-named defense counsel need additional time to review discovery, conduct investigation, and/or engage in other defense preparation.

The parties further agree and stipulate that the time period from the filing of this stipulation until March 20, 2012, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local

1  Code T-4, to allow continuity of counsel and to allow reasonable time necessary for effective
2  defense preparation. It is further agreed and stipulated that the ends of justice served in granting
3  the request outweigh the best interests of the public and the defendant in a speedy trial.
4      Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

DATED: January 20, 2012  By: /s/
DWIGHT M. SAMUEL
Attorney for Defendant
ZHORA DARMOYAN

DATED: January 20, 2012  /s/
R. STEVEN LAPHAM
Assistant U.S. Attorney

DATED: January 20, 2012  /s/
CHIRSTOPHER HAYN-MYER
Attorney for Defendant
MARAT GALOYAN

DATED: January 20, 2012  /s/
J. TONEY
Attorney for Defendant
MARTIN ATOYAN

DATED: January 20, 2012  /s/
KRESTA NORA DALY
Attorney for Defendant
KRISTINE ATOYAN

ITS SO ORDERED.

DATED:  1/20/2012

        /s/ John A. Mendez
Judge John A. Mendez
United States District Judge