Kresta Nora Daly, SBN 199689
Thomas W. Barth, SBN 154075
**BARTH TOZER & DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@btdlaw.net

Attorneys for Defendant
KRISTINE ATOYAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ZHORA DARMOYAN,<br>MARAT GALOYAN,<br>MARTIN ATOYAN and,<br>KRISTINE ATOYAN,<br><br>    Defendants. | Case No. 2:11-CR-00467-JAM<br><br>**STIPULATION AND ORDER**<br><br>Date:   August 7, 2012<br>Time:   9:45 a.m.<br>Judge: Honorable John A. Mendez |

It is hereby stipulated and agreed to between the United States of America through Steve Lapham, Assistant U.S. Attorney, and defendants Zhora Darmoyan, through his counsel, Dwight Samual, Marat Galoyan, through his counsel Chris Hadyn-Myer, Martin Atoyan, through his counsel J. Toney, and Kristine Atoyan, through her counsel, Kresta Nora Daly, that the status conference on August 7, 2012 be vacated and that a status conference be set for October 16, 2012 at 9:45 a.m.

The continuance is being requested because defense counsel is reviewing discovery and the parties are actively engaged in plea negotiations.

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for October 16, 2012 pursuant to Title 18, United States Code Section 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

Dated:  August 3, 2012.                    Respectfully submitted,

                                           By    /s/ Kresta Nora Daly
                                                 DWIGHT SAMUAL
                                            Attorney for ZHORA DARMOYAN


Dated:  August 3, 2012.                    By    /s/ Kresta Nora Daly
                                                 CHRIS HADYN-MYER
                                           Attorney for MARAT GALOYAN


Dated:  August 3, 2012.                    By    /s/ Kresta Nora Daly
                                                 J. TONEY
                                           Attorney for MARTIN ATOYAN


Dated:  August 3, 2012.                    BARTH TOZER & DALY LLP

                                           By    /s/ Kresta Nora Daly
                                                 KRESTA NORA DALY
                                            Attorneys for KRISTINE ATOYAN


Dated:  August 3, 2012.                    By    /s/ Kresta Nora Daly
                                                 STEVE LAPHAM
                                                 Assistant United States Attorney


## O R D E R

**IT IS SO ORDERED.**

Dated:  8/3/2012
                                           /s/ John A. Mendez
                                           HONORABLE JOHN A. MENDEZ
                                           UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com