DWIGHT M. SAMUEL (CA BAR# 054486)
A PROFESSIONAL CORPORATION
117 J Street, Suite 202
Sacramento, California 95814
916-447-1193

Attorney for Defendant
Zhora Darmoyan

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | NO. 2:11-cr-467 JAM |
| v. | ) | AMENDED STIPULATION AND ORDER |
| ZHORA DARMOYAN, ET. AL. | ) | |
| Defendant. | ) | |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Assistant United States Attorney Lee Saara Bickley, and defendant Zhora Darmoyan through his undersigned counsel Dwight Samuel, defendant Marat Galoyan through his undersigned counsel Christopher Haydn-Myer, defendant Martin Antoyan through his undersigned counsel J. Toney, and defendant Kristine Atoyan through her undersigned counsel Kresta Nora Daly, that the previously scheduled status conference date of November 13, 2012, be vacated and the matter set for status conference on January 29, 2013 at 9:45 a.m.

   The reason for this request is that this is a complex case with over 10 related cases. Defense counsel is and has been investigating the allegations in this case.  Such investigations are time consuming given the number of transactions, related cases and parties. Based upon anticipated negotiations and discussion, defense counsel needs time to re-review and research issues needed for sentencing.

The parties further agree and stipulate that the time period from the filing of this stipulation until January 29, 2013, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

DATED: November 6, 2012            By:      /s/
                                            DWIGHT M. SAMUEL
                                            Attorney for Defendant
                                            ZHORA DARMOYAN

DATED: November 6, 2012                     /s/
                                            LEE SAARA BICKLEY
                                            Assistant U.S. Attorney

DATED: November 6, 2012                     /s/
                                            CHIRSTOPHER HAYDN-MYER
                                            Attorney for Defendant
                                            MARAT GALOYAN

DATED: November 6, 2012                     /s/
                                            J. TONEY
                                            Attorney for Defendant
                                            MARTIN ATOYAN

DATED: November 6, 2012                     /s/
                                            KRESTA NORA DALY
                                            Attorney for Defendant
                                            KRISTINE ATOYAN

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, November 13, 2012, to and including January 29, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (iv), and Local Code T4 (reasonable time for defense counsel to prepare).  It is further ordered that the November 13, 2012, conference shall be continued to January 29, 2013 at 9:45 a.m..

IT IS SO ORDERED.

DATED: 11/9/2012

/s/ John A. Mendez
Judge John A. Mendez
United States District Court Judge

2