Kresta Nora Daly, SBN 199689
Thomas W. Barth, SBN 154075
**BARTH TOZER & DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@btdlaw.net

Attorneys for Defendant
KRISTINE ATOYAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ZHORA DARMOYAN,<br>MARAT GALOYAN,<br>MARTIN ATOYAN and,<br>KRISTINE ATOYAN,<br><br>    Defendants. | Case No. 2:11-CR-00467-JAM<br><br>**AMENDED STIPULATION AND ORDER**<br><br>Date:  January 28, 2013<br>Time:  9:45 a.m.<br>Judge: Honorable John A. Mendez |

It is hereby stipulated and agreed to between the United States of America through Lee Bickley, Assistant U.S. Attorney, and defendants Zhora Darmoyan, through his counsel, Dwight Samual, Marat Galoyan, through his counsel Chris Hadyn-Myer, Martin Atoyan, through his counsel J. Toney, and Kristine Atoyan, through her counsel, Kresta Nora Daly as follows:

1. By previous order, this matter was set for status on January 29, 2013.

2. By this stipulation, defendants now move to continue the status conference until March 12, 2013 at 9:45 a.m. and to exclude time between January 29, 2012 and March 12, 2013 under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

///

(a) Defense counsel is in the process of reviewing the discovery. Defense counsel and each of them have not completed their review and are therefore unprepared to meet and confer with the government to resolve discovery issues.

(b) Counsel for defendants desire additional time to consult with each of their clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with each of their clients, to prepare pretrial motions and otherwise prepare for trial.

(c) Counsel for defendants believe failure to grant the above-requested continuance would deny each of them reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

(d) The government does not object to the continuance.

(e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interests of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

(f) For the purpose of computing time under the Speedy Trial Act, Title 18, United States Code Section 3161, *et seq.*, within which trial must commence, the time period of January 29, 2013 to March 12, 2013, inclusive, is deemed excludable pursuant to Title 18, United States Code Section 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interests of the public and the defendants in a speedy trial.

(g) This case involves multiple witnesses and multiple defendants and concerns allegations of mortgage fraud in separate but related cases including *United States v. Kuzmenko, et al* 2:11-CR-00210.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

The parties request that speedy trial time be excluded from January 29, 2013 through the date of the status conference set for March 12, 2013 pursuant to Title 18, United States Code Section 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

Dated: February 1, 2013.        Respectfully submitted,

By     /s/ Kresta Nora Daly
    DWIGHT SAMUAL
 Attorney for ZHORA DARMOYAN

Dated: February 1, 2013.        By     /s/ Kresta Nora Daly
    CHRIS HADYN-MYER
Attorney for MARAT GALOYAN

Dated: February 1, 2013.        By     /s/ Kresta Nora Daly
    J. TONEY
Attorney for MARTIN ATOYAN

Dated: February 1, 2013.        BARTH TOZER & DALY LLP

By     /s/ Kresta Nora Daly
    KRESTA NORA DALY
 Attorneys for KRISTINE ATOYAN

Dated: February 1, 2013.        By     /s/ Kresta Nora Daly
    LEE BICKLEY
    Assistant United States Attorney

# O R D E R

**IT IS SO ORDERED.**

Dated: 2/1/2013

    /s/ John A. Mendez
    HONORABLE JOHN A. MENDEZ
    UNITED STATES DISTRICT COURT JUDGE