BENJAMIN B. WAGNER
United States Attorney
LEE S. BICKLEY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZHORA DARMOYAN, et. al.,<br><br>Defendant. | CASE NO. 2:11-CR-00467 JAM<br><br>STIPULATION AND ORDER CONTINUING IMPOSITION OF JUDGMENT & SENTENCING<br><br>DATE: MAY 6, 2014<br>TIME: 9:45 A.M.<br>JUDGE: JOHN A. MENDEZ |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants Zhora Darmoyan and Martin Atoyan, by and through their counsel of record, hereby stipulate that the status conference concerning judgment and sentencing in the matter presently set for May 6, 2014, at 9:45 a.m. may be vacated and the matter continued to February 17, 2015, at 9:30 a.m. for a status conference regarding the imposition of judgment and sentence.

Mr. Darmoyan's and Mr. Atoyan's plea agreements with the government contain cooperation provisions and the government is not able to adequately assess the degree of their cooperation until the charges against others have been tried or otherwise disposed of.  For that reason, the parties have stipulated that the current date for a status conference concerning imposition of judgment and sentencing may be vacated and the matter continued to February 17, 2015, at 9:30 a.m. for a status conference regarding a new date for imposition of judgment and sentencing and the setting of a new schedule of

Stipulation to Continue Sentencing                    1

disclosures for the pre-sentencing report.

IT IS SO STIPULATED.

DATED: April 9, 2014                           BENJAMIN B. WAGNER
                                               United States Attorney

                                               */s/ Lee S. Bickley*
                                               LEE S. BICKLEY
                                               Assistant United States Attorney

                                               For the UNITED STATES OF AMERICA

DATED: April 9, 2014                           */s/ Lee S. Bickley for*
                                               DANIEL BEHESNILIAN

                                               For defendant ZHORA DARMOYAN


DATED: April 9, 2014                           */s/ Lee S. Bickley for*
                                               J. TONEY

                                               For defendant MARTIN ATOYAN

# O R D E R

IT IS SO FOUND AND ORDERED that for good cause appearing from the stipulation of the parties that the status conference concerning imposition of judgment and sentencing in this matter currently scheduled for 9:45 a.m. on May 6, 2014, is vacated and the matter is continued to February 17, 2015, at 9:30 a.m. for a status conference regarding the imposition of judgment and sentence.

This 9th day of April, 2014.

                                               /s/ John A. Mendez
                                               HONORABLE JOHN A. MENDEZ
                                               UNITED STATES DISTRICT COURT JUDGE