1  Daniel V. Behesnilian, SBN 75805
   Law Offices of Daniel V. Behesnilian
2  8484 Wilshire Boulevard, Suite 700
   Beverly Hills, California 90211
3  Tel: (310) 854-6972
   Fax: (310) 854-0128
4
5  Attorneys for Defendant
   ZHORA DARMOYAN

6

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,            )   CASE NO: 2:11-CR-00467 JAM
                                        )
11                 Plaintiff,           )
                                        )
12                                      )   STIPULATION AND ORDER
                                        )   CONTINUING IMPOSITION OF
13 vs.                                  )   JUDGMENT AND SENTENCING
                                        )
14                                      )
   ZHORA DARMOYAN, et al.,              )
15                                      )   DATE:    FEBRUARY 17, 2015
                   Defendant.           )   TIME:    9:30 A.M.
16 _____)   JUDGE:   JOHN A. MENDEZ

17
                                **STIPULATION**
18
   Plaintiff United States of America, by and through its counsel of record, and defendant
19
   Zhora Darmoyan, by and through his counsel of record, hereby stipulate that the status
20
   conference concerning judgment and sentencing in the matter presently set for February 17,
21
   2015, at 9:30 a.m. may be vacated and the matter continued to August 4, 2015, at 9:15 a.m. for a
22
   status conference regarding the imposition of judgment and sentence.
23
   Mr. Darmoyan's plea agreement with the government contains cooperation provisions
24
   and the government is not able to adequately assess the degree of their cooperation until the
25
   charges against others have been tried or otherwise disposed of.  For that reason, the parties have
26
   stipulated that the current date for a status conference concerning imposition of judgment and
27
   sentencing may be vacated and the matter continued to August 4, 2015, at 9:15 a.m. for a status
28
   conference regarding a new date for imposition of judgment and sentencing.

IT IS SO STIPULATED.

DATED: February 5, 2015                                          /s/ Lee S. Bickley

LEE S. BICKLEY
Assistant United States Attorney

For the UNITED STATES OF AMERICA


DATED: February 5, 2015                                          /s/ Daniel V. Behesnilian

DANIEL V. BEHESNILIAN

For defendant ZHORA DARMOYAN


**ORDER**

IT IS SO FOUND AND ORDERED that for good cause appearing from the stipulation of the parties that the status conference concerning imposition of judgment and sentencing in this matter currently scheduled for February 17, 2015, at 9:30 a.m., is vacated and the matter is continued to August 4, 2015, at 9:15 a.m. for a status conference regarding the imposition of judgment and sentence.

DATED: February 9, 2015

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE