1  Daniel V. Behesnilian, SBN 75805
   Law Offices of Daniel V. Behesnilian
2  8484 Wilshire Boulevard, Suite 700
   Beverly Hills, California 90211
3  Tel: (310) 854-6972
   Fax: (310) 854-0128
4
5  Attorneys for Defendant
   ZHORA DARMOYAN

6

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,          )  CASE NO: 2:11-CR-00467 JAM
                                      )
11              Plaintiff,             )
                                      )
12                                    )  STIPULATION AND ORDER
                                      )  CONTINUING IMPOSITION OF
13 vs.                                )  JUDGMENT AND SENTENCING
                                      )
14                                    )
   ZHORA DARMOYAN, et al.,            )
15                                    )
                Defendant.             )  DATE:    AUGUST 4, 2015
                                      )  TIME:    9:15 A.M.
16 _____    )  JUDGE:   JOHN A. MENDEZ

17                            **STIPULATION**

18      Plaintiff United States of America, by and through its counsel of record, and defendant

19 Zhora Darmoyan, by and through his counsel of record, hereby stipulate that the status

20 conference concerning judgment and sentencing in the matter presently set for August 4, 2015, at

21 9:30 a.m. may be vacated and the matter continued to January 26, 2016, at 9:15 a.m. for a status

22 conference regarding the imposition of judgment and sentence.

23      Mr. Darmoyan's plea agreement with the government contains cooperation provisions

24 and the government is not able to adequately assess the degree of their cooperation until the

25 charges against others have been tried or otherwise disposed of.  For that reason, the parties have

26 stipulated that the current date for a status conference concerning imposition of judgment and

27 sentencing may be vacated and the matter continued to January 26, 2016, at 9:15 a.m. for a status

28 conference regarding a new date for imposition of judgment and sentencing.

1          IT IS SO STIPULATED.

3    DATED: July 15, 2015                              /s/ Lee S. Bickley

4                                                     LEE S. BICKLEY
                                                      Assistant United States Attorney

                                                      For the UNITED STATES OF AMERICA

7    DATED: July 15, 2015                             /s/ Daniel V. Behesnilian

                                                      DANIEL V. BEHESNILIAN

                                                      For defendant ZHORA DARMOYAN


## ORDER

IT IS SO FOUND AND ORDERED that for good cause appearing from the stipulation of the parties that the status conference concerning imposition of judgment and sentencing in this matter currently scheduled for August 4, 2015, at 9:30 a.m., is vacated and the matter is continued to January 26, 2016, at 9:15 a.m. for a status conference regarding the imposition of judgment and sentence.

DATED: July 17, 2015

                                                      /s/ John A. Mendez
                                                      HONORABLE JOHN A. MENDEZ
                                                      UNITED STATES DISTRICT COURT JUDGE