BENJAMIN B. WAGNER
United States Attorney
LEE S. BICKLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-467 JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING SENTENCING OF ZHORA DARMOYAN, MARAT GALOYAN & MARTIN ATOYAN; FINDINGS AND ORDER |
| v. | |
| ZHORA DARMOYAN, ET AL., | DATE: January 26, 2016 |
| Defendants. | TIME: 9:15 a.m. |
| | COURT: Hon. John A. Mendez |

**STIPULATION**

1. By previous order, this matter was set for sentencing on January 26, 2016.

2. By this stipulation, defendants now move to continue the sentencing until May 3, 2016, in order to give probation time to prepare Presentence Investigation Reports ("PSRs") and for the parties to respond.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Zhora Darmoyan's, Marat Galoyan's, and Martin Atoyan's cases should be referred to probation for the creation of PSRs.

   b) The schedule for the disclosure of the PSRs, the parties' responses and the sentencing is the following:

| | |
|---|---|
| Date of Referral to Probation Officer: | January 20, 2016 |
| Judgment and Sentencing Date: | May 3, 2016 @ 9:15 A.M. |
| Reply, or Statement of Non-Opposition: | April 26, 2016 (1 week before sentencing) |
| Motion for Correction of the Presentence Report Shall be Filed with the Court and Served on the Probation Officer and Opposing Counsel no Later Than: | April 19, 2016 (2 weeks before sentencing) |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | April 12, 2016 (3 weeks before sentencing) |
| Counsel's Written Objections to the Presentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: | April 5, 2016 (4 weeks before sentencing) |
| The Proposed Presentence Report Shall be Disclosed to Counsel no Later Than: | March 22, 2016 (6 weeks before sentencing) |

IT IS SO STIPULATED.

Dated: January 19, 2016         BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ LEE S. BICKLEY
                                LEE S. BICKLEY
                                Assistant United States Attorney

Dated: January 19, 2016         /s/ CHRISTOPHER HAYDN-MYER
                                CHRISTOPHER HAYDN-MYER
                                Counsel for Defendant
                                MARAT GALOYAN

Dated: January 19, 2016         /s/ J TONEY
                                J TONEY
                                Counsel for Defendant
                                MARTIN ATOYAN

Dated: January 19, 2016         /s/ DANIEL V. BEHESNILIAN
                                DANIEL BEHESNILIAN
                                Counsel for Defendant
                                ZHORA DARMOYAN

STIPULATION RE: SENTENCING; [PROPOSED] FINDINGS AND ORDER

2

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 20th day of January, 2016

                 /s/ John A. Mendez
                 THE HONORABLE JOHN A. MENDEZ
                 UNITED STATES DISTRICT COURT JUDGE