UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZHORA DARMOYAN,<br><br>Defendant. | Case No.  2:11-cr-00467-JAM-1<br><br>**ORDER GRANTING REQUEST FOR RECONVEYANCE (ECF No. 183)** |

Having reviewed the defendant's pro se request for reconveyance of property deeds (ECF 183), and the government's statement of non-opposition (ECF 187), the Court hereby **GRANTS** the defendant's request and **ORDERS** the Clerk of the Court to **RECONVEY** the properties identified in defendant's filing (ECF 183), as appropriate.

IT IS SO ORDERED.


Dated:  October 09, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE